Aleta May STUART, Appellant,

v.

Russell C. PEARCE and John M. Rehse, Appellees.

No. 14138.

United States Court of Appeals
Sixth Circuit.

Feb. 2, 1960.

Conn, Gurwin & Conn, Detroit, Mich., for appellant.

Fred R. Walker, Detroit, Mich., H. Eugene Field, Royal Oak Mich., for appellees.

Before MILLER, CECIL, and WEICK, Circuit Judges.

PER CURIAM.

It appearing to the Court that the record on appeal in this case was tendered for filing and docketing on August 7, 1959; that the appellant has failed to deposit the filing fee as required by Rule 14(3) of this Court, 28 U.S.C.A. and has taken no steps to prosecute the appeal;

It is now ordered that the appeal be and it is docketed and dismissed for want of prosecution.